UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                        Plaintiff        CIVIL NO. 07-CV-8751

-AGAINST-

LA COCINA RESTAURANT, INC.
d/b/a LA COCINA RESTAURANT
and ROSA A. MEJIA                    **NOTICE OF MOTION**
                      Defendant      **FOR DEFAULT JUDGMENT**
-----------------------------------------------------X

Sirs:

      PLEASE TAKE NOTICE that a final judgment of which the within is a copy will be presented to the Honorable Barbara S. Jones, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 10th day of July, 2008 at 12:00 o'clock p.m.


Mt. Sinai, NY
June 24, 2008                    By:    /s/ Paul J. Hooten
                                                Paul J. Hooten
                                                Paul J. Hooten & Associates
                                                5505 Nesconset Highway, Suite 203
                                                Mt. Sinai, NY 11766

To:    La Cocina Restaurant, Inc.
        d/b/a La Cocina Restaurant
        12 East Kingsbridge Road
        Bronx, NY 10468

        Rosa A. Mejia
        12 East Kingsbridge Road
        Bronx, NY 10468

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                Plaintiff        CIVIL NO. 07-CV-8751

-AGAINST-

LA COCINA RESTAURANT, INC.
d/b/a LA COCINA RESTAURANT
and ROSA A. MEJIA                **DEFAULT JUDGMENT**

                Defendant
-----------------------------------------------------X

    This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, La Cocina Restaurant, Inc, d/b/a La Cocina Restaurant and Rosa A. Mejia on October 29, 2007, and a proof of service having been filed on November 8, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on June 6, 2008, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from November 27, 2004, amounting to $6,450.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,920.00.

Dated: New York, New York

_____

                                          _____
                                          Barbara S. Jones
                                          United States District Judge

                                          This document was entered on the docket
                                          on _____