UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 8751-07

GARDEN CITY BOXING CLUB, INC.
Plaintiff

against

**STIPULATION DISCONTINUING ACTION**

LA COCINA RESTAURANT INC
ROSA A. MEJIA
Defendant

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned, the attorney for of record for the plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

**SO ORDERED:**

Barbara S. Jones
United States District Court Judge

7/23/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08